# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 13CR3080-BBC |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** (Rule 48, F.R.Crim.P.) |
| MIGUEL ANGEL PASTRANA (02), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: __8 USC 1324(a)(2)(B)(iii); 18 USC 2.__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 29, 2013

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____